BANKERS TRUST COMPANY, appellant,

*v.*

SECOND NATIONAL BANK OF ATLANTIC CITY et al.,
respondents.

[Decided February 1st, 1932.]

*Mr. W. Lindley Jeffers,* for the appellant.

*Messrs. Thompson & Hanstein,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *105 N. J. Eq. 501; sub nom. Elrae Corp.* v. *Bankers Trust Co.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.